B 10 (Supplement 2) (12/11)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**In re:**

**WILLIAM RICHARD HUGUENEL**
**LAURA LEE HUGUENEL,**

**CHAPTER 13**

       **Debtors.**

**CASE NO. 12-71194-SCS**

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, NA

**Court claim no**. (if known): 4

**Last four digits** of any number you use to identify the debtor's account: xxxxxx6426

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No
[ ] Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: NOA/POC/Plan Review - fees | | (11) | $ 425.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ **/s/ D. CAROL SASSER**
Signature

Date **05/08/12**

**Print:**   **D. CAROL SASSER, ESQUIRE**                   Title   Of Counsel
                                                                    **Attorney for Wells Fargo Bank, NA**

Company   Samuel I White, P.C.

Address   5040 Corporate Woods Drive, Suite 120, Virginia Beach, VA 23462

Contact phone  **(757) 490-9284**     Email:  **DSASSER@SIWPC.COM**

### CERTIFICATE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 8th day of May, 2012, on all necessary parties including R. Clinton Stackhouse, Jr., Trustee, 870 Greenbrier Circle, Suite 200, Chesapeake, VA 23320; Steve C. Taylor, Esquire, Counsel for Debtors, 133 Mount Pleasant Road, Chesapeake, VA 23322; and William Richard Huguenel and Laura Lee Huguenel, Debtors, 1957 Arlington Arch Drive, Virginia Beach, VA 23464.

**/s/ D. CAROL SASSER**
Samuel I. White, P. C.